## BELL *v.* STOVER, TRUSTEE.

[No. 12,197. Filed December 23, 1926.]

From Putnam Circuit Court; *James P. Hughes,* Judge.

Action between Charles Harrison Bell and Urban C. Stover, trustee. From the judgment rendered, the former appeals. *Reversed.* By the court in banc.

*Ira M. Sharp,* for appellant.
*James L. Clark,* for appellee.

REMY, J.—Reversed, on authority of *Hackleman* v. *Hackleman* (1925), 146 N. E. (Ind. App.) 590.

---

## PAGE *v.* CINCINNATI, INDIANAPOLIS AND WESTERN RAILROAD COMPANY ET AL.

[No. 12,586. Filed January 6, 1927.]

From Shelby Circuit Court; *H. C. Morrison,* Judge.

Action between Sylvia M. Page and the Cincinnati, Indianapolis and Western Railroad Company and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Edward C. Eikman* and *J. Fred Masters,* for appellant.
*Samual D. Miller, Frank C. Dailey, William H. Thompson, Albert L. Rabb, Thomas D. Stevenson, Perry E. O'Neal, Frank J. Goebel* and *A. P. Donadio,* for appellees.

PER CURIAM.—Affirmed.